916

No. 74–643. STEED, GUARDIAN v. IMPERIAL AIRLINES ET AL. Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question.

No. 74–718. VILLAGE OF BURNSVILLE ET AL. v. ONISCHUK, AUDITOR OF DAKOTA COUNTY, ET AL. Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this appeal.

No. 74–5497. DUGGAN v. BROWN, SECRETARY OF STATE OF OHIO. Appeal from Sup. Ct. Ohio dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 72–787. JEFFERIES v. SUGARMAN, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF THE CITY OF NEW YORK, ET AL.; and

No. 72–5758. HANDEL ET AL. v. SUGARMAN, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF THE CITY OF NEW YORK, ET AL. Appeals from D. C. S. D. N. Y. Motion for leave to proceed *in forma pauperis* in No. 72–5758 granted. Judgment vacated and cases remanded for further consideration in light of *Hagans* v. *Lavine*, 415 U. S. 528 (1974). Reported below: 345 F. Supp. 172.

No. 74–606. MENDEZ v. HELLER, JUDGE, ET AL. Appeal from D. C. E. D. N. Y. Judgment vacated and case remanded so that a fresh decree or order may be entered from which a timely appeal may be taken to the United States Court of Appeals. 28 U. S. C. § 1291. *Gonzalez* v. *Automatic Employees Credit Union*, 419 U. S. 90 (1974).